CAMPBELL v. PITT COUNTY MEMORIAL HOSP.

No. 133A87.

Case below: 84 N.C. App. 314; 319 N.C. 458.

Motion by defendant pursuant to Rule 27, N. C. Rules of App. Procedure, for reconsideration of petition dismissed 7 July 1987.

CHERRY v. HARRELL

No. 180P87.

Case below: 84 N.C. App. 598.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

CONTRACT STEEL SALES, INC. v.
FREEDOM CONSTRUCTION CO.

No. 154PA87.

Case below: 84 N.C. App. 460.

Petition by defendant (Du Pont) for discretionary review pursuant to G.S. 7A-31 allowed 7 July 1987.

DAVIDSON COUNTY v. CITY OF HIGH POINT

No. 228PA87.

Case below: 85 N.C. App. 26.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 July 1987.

DOCKERY v. McMILLAN

No. 314P87.

Case below: 85 N.C. App. 469.

Petition by defendant (McMillan Homes, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.